[No. 37317-0-I.    Division One.    May 18, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN B. PITMAN, *Defendant*, LEONARD RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-03790-6, Deborah Juarez, J. Pro Tem., entered September 1, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 37466-4-I.    Division One.    May 18, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD A. ALVAREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-1-00496-7, Michael E. Moynihan, J., entered August 17, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 38102-4-I.    Division One.    May 18, 1998.]

JOSEPH MENARD, ET AL., *Respondents*, v. JAMES BROSSARD, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-06756-7, Richard D. Eadie, J., entered January 4, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Kennedy, C.J., concurred in by Cox, J., and Allendoerfer, J. Pro Tem.

[No. 38325-6-I.    Division One.    May 18, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER LEE MULWEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-05553-9, Michael J. Trickey and Liem E. Tuai, JJ., entered March 18, 1996. *Reversed* by unpublished per curiam opinion.